UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlos Fernando Colores Vasquez,

    Petitioner,

v.

Stephanie Jo Colores,

    Respondent.

**ORDER**

Civil No. 10-3669

_____

Nicole A.K. Rodd and Nicole M. Moen, Fredrikson & Byron, P.A., Counsel for Petitioner.

Richelle M. Wahi, Moss & Barnett, P.A., Counsel for Respondent.

_____

IT IS HEREBY ORDERED:

1. The Evidentiary Hearing is continued to September 7, 2010 at 9:30 a.m. in Courtroom 15 E, U.S. Courthouse, Minneapolis, Minnesota.

2. Respondent shall have supervised visitation with IC for up to two hours daily commencing Thursday, September 2, 2010 until further Order of this Court. If the parties cannot agree on an individual to supervise such visits, the parties shall refer to the Hennepin County Guardian ad Litem list.

3. The parties shall arrange for the child, IC, to be examined by a

neurologist, who shall conduct the appropriate tests and/or scans to determine whether the child has suffered any brain injury and that the results of such examination shall be submitted to the Court by Tuesday, September 7, 2010, at 9:30 a.m.

Date: September 2, 2010

        s/Michael J. Davis
        Michael J. Davis
        Chief Judge
        United States District Court