UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlos Fernando Colores Vasquez,

    Petitioner,

v.

Stephanie Jo Colores,

    Respondent.

**ORDER**

Civil No. 10-3669

_____

    Nicole A.K. Rodd and Nicole M. Moen, Fredrikson & Byron, P.A., Counsel for Petitioner.

    Richelle M. Wahi, Moss & Barnett, P.A., Counsel for Respondent.

_____

    IT IS HEREBY ORDERED that both Respondent and Petitioner may be present and participate in the neurological examination of IC scheduled for 5:00 p.m. on Tuesday, September 7, 2010. The interpreter shall also attend the examination to assist with translation.

Date: September 7, 2010

                                                <u>s/Michael J. Davis</u>
                                                Michael J. Davis
                                                Chief Judge
                                                United States District Court