UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlos Fernando Colores
Vasquez,

    Petitioner,

v.

ORDER
Civil No. 10-3669

Stephanie Jo Colores,

    Respondent.

_____

    Nicole A.K. Rodd and Nicole M. Moen, Fredrikson & Byron, P.A., Counsel for Petitioner.

    Richelle M. Wahi, Moss & Barnett, P.A., and Valerie A. Downing Arnold Tuft & Arnold Law Offices PLLC, Counsel for Respondent.

_____

    IT IS HEREBY ORDERED that the parties shall submit written final arguments to the Court on or before noon on Friday, September 10, 2010. Pending the Court's final determination, supervised visitation shall continue as previously ordered.

Date:   September 9, 2010

                                 s/ Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court