# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CARLOS FERNANDO COLORES VASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>STEPHANIE JO COLORES,<br>Respondent. | Civil File No.: 10-cv-3669 (MJD/JSM)<br><br>**ORDER** |

This matter came before the court on September 15, 2010 on Respondent's motion for a stay of execution of the Court's September 14, 2010 order pending appeal.

## EMERGENCY ORDER

1. The Court's Order of September 14, 2010 is hereby stayed pending the hearing on Respondent's Motion for a Stay scheduled for Friday, September 17, 2010 at 9:00 a.m.

2. The parties' minor child, I.R.C., shall not be removed from Minnesota until further order of this Court.

3. The Court's prior Order regarding supervised visitation shall be reinstated, pending further order of this Court.

IT IS SO ORDERED.

Dated:   September 15, 2010

s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court

- 2 -
{B0599469; 5}